UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TI GROUP AUTOMOTIVE SYSTEMS, LLC.,
a Delaware limited liability company,

        Plaintiff,

vs.

PACIFIC COAST MS INDUSTRIES
CO., LTD, a California corporation,

        Defendant.

_____/

Case No. 09-12120

HON. GEORGE CARAM STEEH

## ORDER DISMISSING SHOW CAUSE ORDER (#4)

On June 10, 2009, the Court ordered Plaintiff TI Group Automotive Systems, LLC (Plaintiff) to show cause why this case should not be dismissed for lack of diversity jurisdiction, based upon Plaintiff's failure to plead the citizenship of its members. Plaintiff answered the show cause order (Docket # 6) and represented that its sole member is TI Automotive USA Holdings, Limited, a private limited company formed under the laws of England and Wales. Plaintiff further represented that Defendant Pacific Coast MS Industries Co., LTD is a California corporation with its principal place of business in Tracy, California. Plaintiff also filed an amended complaint (Docket # 5), making these jurisdictional allegations.

Accordingly, complete diversity appears to exist between the parties and dismissal is unwarranted at this time. Accordingly, the order to show cause (Docket # 4) is hereby DISMISSED.

SO ORDERED.

Dated: June 23, 2009

                                    s/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 23, 2009, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---